UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KENNETH BAZE,                          §
                                       §
            *Plaintiff,*                §
                                       §
v.                                     §        Civil Action No. 3:23-CV-0500-X-BN
                                       §
THE CRIMINAL DISTRICT                  §
COURT NO. 1, ET AL.,                   §
                                       §
            *Defendants.*               §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 5]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 27th day of June, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1